1  John P. Boggs  (State Bar No. 172578)
   David A. Hosilyk (State Bar No. 191274)
2  FINE, BOGGS & PERKINS, LLP
   2450 S. Cabrillo Highway, Suite 100
3  Half Moon Bay, California  94019
   Telephone:  (650) 712-8908
4  Fax:          (650) 712-1712

5  Attorneys for Defendant
   TRACY TOYOTA

6

7

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11 CHRISTINE SWIFT,                    Case No. 2:07-CV-02720-WBS-EFB

12            Plaintiff,
                                       STIPULATION AND ORDER TO
13    v.                               ARBITRATE AND STAY
                                       PROCEEDINGS
14 TRACY TOYOTA,

15            Defendant.

16

17                          **STIPULATION**

18        Plaintiff Christine Swift and defendant Tracy Toyota entered into a written agreement to

19 resolve disputes arising out of their employment relationship through binding arbitration.  A true

20 and accurate copy of the parties' arbitration agreement is attached hereto as Exhibit A.

21        The parties to this action hereby stipulate, by and through their attorneys, that all of the

22 claims and causes of action asserted by plaintiff against defendant in this civil action, as well as

23 any and all claims plaintiff may have against defendant arising out of her former employment

24 with defendant or otherwise covered by the parties' arbitration agreement, shall be submitted to

25 binding arbitration pursuant to the parties' written arbitration agreement.  The  arbitration  shall

26

27 be  conducted  according  to  the  rules  agreed  upon  by  the  litigants  pursuant  to  the  parties'

28 arbitration agreement and shall comply with the holding of <u>Armendariz v. Foundation Health</u>

                                    1

1  <u>Psychare Servs., Inc.</u> (2000) 24 Cal. 4th 83, including the payment by the employer of arbitration

2  fees and costs that are unique to the arbitration.

3          Pursuant to 9. U.S.C. § 3, the parties further stipulate to stay this action pending the

4  completion of the arbitration proceedings.

5

6          IT IS SO STIULATED.

7  Dated: February 11, 2008

8                                      _____
                                            /s/
                                       David A. Hosilyk, Esq.
9                                      FINE, BOGGS & PERKINS, LLP
                                       Attorney for Defendants
10                                     TRACY TOYOTA

11  Dated: February 11, 2008

12                                     _____
                                            /s/
                                       Alan Adelman
13                                     LAW OFFICES OF ALAN ADELMAN
                                       Attorneys for Plaintiff
14                                     CHRISTINE SWIFT

15                                    **<u>ORDER</u>**

16          Pursuant to the parties' Stipulation, plaintiff is ordered to arbitrate all of the claims and

17  causes of action against defendant set forth in her complaint as well as any and all claims arising

18  out of her former employment with defendant or otherwise covered by the parties' arbitration

19  agreement.  Further, pursuant to 9 U.S.C. § 3, this civil action is hereby stayed pending the

20  outcome of arbitration. The March 3, 2008 hearing on Defendant's Motion to Compel

21  Arbitration, and the Scheduling Conference date of March 10, 2008 are vacated.

22

23  IT IS SO ORDERED.

24

25                                      _____

26                                      WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE
27  February 13, 2008

28  _____

STIPULATION TO ARBITRATE AND STAY PROCEEDINGS